UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| NEAL WEARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:18-CV-28 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

United States Magistrate Judge Susan K. Lee filed a report and recommendation (the "R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Doc. 36). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for summary judgment (Doc. 16) is **GRANTED**.

2) The Commissioner's motion for summary judgment (Doc. 26) is **DENIED**.

3) The Commissioner's decision denying benefits is **REVERSED AND REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT